NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEJANDRO VINCENTE PEREZ and CATHY HANENBERG PEREZ,<br><br>        Plaintiffs,<br>v.<br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Civil Action No.: 14-cv-02279<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the motion of Defendant JPMorgan Chase Bank, N.A. ("Defendant") to enforce settlement. ECF No. 103. *Pro se* Plaintiffs Alejandro Vincente Perez and Cathy Hanenberg Perez ("Plaintiffs") filed an opposition to Defendant's motion. ECF No. 104. On September 21, 2020, Magistrate Judge James B. Clark, III, issued a Report and Recommendation ("R&R") that Defendant's motion be denied. ECF No. 108. The deadline to file objections to the R&R was October 5, 2020. No objections have been filed thereto.

The Court has considered the submissions as well as Judge Clark's R&R, and for substantially the same reasons stated therein:

**IT IS** on this 26th day of October, 2020:

**ORDERED** that this Court adopts Judge Clark's R&R (ECF No. 108); and it is further

**ORDERED** that Defendant's motion to enforce settlement (ECF No. 103) is **DENIED**.

**SO ORDERED.**

                                                          **CLAIRE C. CECCHI, U.S.D.J.**